DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A&E ADVENTURES LLC,**
Appellant,

v.

**SERITAGE SRC FINANCE LLC,**
Appellee.

No. 4D2025-0317

[April 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Ben Tuter, Jr., Judge; L.T. Case No. 062022CA006842AXXXCE.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Andrew Steven Douglas of Andrew Douglas, P.A., Weston, for appellant.

Elliot Burt Kula and Elaine D. Walter of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***